IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GERARD M. VIRGA, SR. and
his wife, DENISE VIRGA,**

    Plaintiffs,

vs.                                         CASE NO. 5:10-cv-242/RS-EMT

**CSPS METAL, INC., a California
corporation, WAL-MART STORES, INC., a
Delaware corporation, CSPS METAL CO., LTD.,
a Taiwan corporation, and SAM'S EAST INC., a
wholly owned subsidiary of WAL-MART STORES,
INC., d/b/a SAM'S CLUB,**

    Defendants.
_____/

## ORDER

The relief requested in the Motion to Extend Discovery Deadline and Assign Case to a Complex Track Trial Schedule (Doc. 23) is **DENIED**. This case is not extraordinarily complex and the parties have known from the initial disclosures, (Doc. 6), that CSPS METAL, INC, had its principal place of business in Taiwan, and that there existed a parent company who was also likely foreign.

For these very same reasons, the Amended Report of the Parties Planning Meeting (Doc. 22) is insufficient. **IT IS ORDERED** that the parties shall file a second amended joint report not later than November 22, 2010, with dates consistent with a discovery deadline of March 15, 2011, and jury trial on May 23, 2011, or June 6, 2011.

**ORDERED** on November 16, 2010

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**