**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

GERARD M. VIRGA, JR. and his wife,
DENISE VIRGA,

          Plaintiffs,

vs.                                    CASE NO. 5:10cv242/RS-EMT

CSPS METAL, INC., a California
corporation; WAL-MART STORES,
INC. d/b/a SAM'S CLUB; SAM'S EAST,
INC.; and SAM'S CLUB,

          Defendants.
_____/

## ORDER

Before me is Plaintiffs' Second Motion For Extension Of Time (Doc. 50) which does not comply with the requirements of N.D. Fla. Loc. R. 7.1(B).  Plaintiffs are admonished that they must comply with the requirement of N.D. Fla. Loc. R. 7.1(B) in the future.

**IT IS ORDERED:**

1.     Plaintiffs shall make Rule 26(a)(2) expert witness disclosures not later than February 14, 2011.

2.     Defendants shall make Rule 26(a)(2) expert disclosures not later than March 18, 2011.

3.     All discovery shall be completed not later than April 1, 2011.

4.     Plaintiff must make their expert witnesses available for depositions upon

oral examination not later than the discovery deadline.

5.      No further extensions of the discovery deadline shall be granted absent

extraordinary and unforeseeable circumstances.


**ORDERED** on February 4, 2011.


/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**