# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**GERARD M. VIRGA, SR., and
DENISE VIRGA,**

    Plaintiffs,

vs.                                             CASE NO.  5:10cv242/RS-EMT

**CSPS METAL, INC., et. al.**

    Defendants.
_____/

## ORDER

Before me is the parties' stipulation of dismissal (Doc. 59).  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice.  The Clerk is directed to close the file.

**ORDERED** on May 16, 2011.

                                            **/s/ Richard Smoak**
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**